DJW/sr

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**RODERICK F. FIELDS,**

                **Plaintiff,**

                                              **CIVIL ACTION**

**v.**

                                              **No. 07-3310-CM-DJW**

**AIMEE HUFFMAN, et al.,**

                **Defendants.**

## NOTICE AND ORDER TO SHOW CAUSE

TO PLAINTIFF RODERICK F. FIELDS:

Plaintiff filed his Complaint (doc. 1) on December 13, 2007 against Defendants Huffman, Lambert, Poston and Himes. On December 14, 2007, Plaintiff filed his Motion for Service of Process (doc. 4), which the Court granted on January 8, 2008 (doc. 6). Pursuant to the Court's Order (doc. 6), the clerk of court prepared and sent waiver of service of summons forms to all Defendants pursuant to Fed. R. Civ. P. 4. On February 14, 2008, the waiver of service of summons forms for Defendants Huffman and Lambert (docs. 11 & 12) were returned unexecuted because they were no longer located at the address provided by Plaintiff. Plaintiff did not provide the Court with alternative addresses for Defendants Huffman and Lambert. To date, Plaintiff has not served Defendants Huffman and Lambert.

**IT IS HEREBY ORDERED** that Plaintiff shall show cause to District Judge Carlos Murguia, in a pleading filed by **August 21, 2008**, why Plaintiff's claims against Defendants Huffman and Lambert should not be dismissed with prejudice for Plaintiff's failure to serve them.

The Clerk of this Court is directed to forward a copy of this order to counsel of record by regular mail, and to *pro se* Plaintiff Roderick F. Fields by regular mail.

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas on this 31st day of July 2008.

s/ David J. Waxse  
David J. Waxse  
U. S. Magistrate Judge

cc:   All counsel and pro se parties.